IN THE MATTER OF THE      \*      IN THE

APPLICATION OF G.L.F.      \*      COURT OF APPEALS

FOR ADMISSION TO THE      \*      OF MARYLAND

BAR OF MARYLAND      \*      Misc. No. 1, September Term, 2019

## O R D E R

The Court having considered the favorable recommendations of the Character Committee for the Sixth Appellate Circuit of Maryland and the State Board of Law Examiners concerning the application of G.L.F. for admission to the Bar of Maryland, it is this 6th day of September 2019

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the favorable recommendations of the Character Committee for the Sixth Appellate Circuit and State Board of Law Examiners be, and they are hereby, accepted, and it is further

ORDERED that the applicant, upon taking the oath prescribed by the statute, be admitted to the practice of law in this State.

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document
is authentic.



Suzanne C. Johnson, Clerk

/s/ Mary Ellen Barbera
_____
Chief Judge